# United States Bankruptcy Court

For The
Eastern District of North Carolina

| | |
|---|---|
| JERRY BURKE & GRETTA ANN CLINGER | Case No.: 08-04592-8-JRL |
| 322 APOLLO DRIVE | SS #1: XXX-XX-8264 |
| WILMINGTON, NC 28405 | SS #2: XXX-XX-7156 |

## FINAL REPORT AND ACCOUNT

| This case was commenced on | MO. | DAY | YR. | The Plan was confirmed on | MO. | DAY | YR. | The Case was concluded on | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 07 | 09 | 08 | | 10 | 06 | 08 | | 01 | 05 | 12 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $    5,931.00

| DISBURSEMENTS TO CREDITORS | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| CREDITOR'S NAME | | | | | | |
| JERRY BURKE & GRETTA ANN | 777 | Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| EMPLOYMENT SECURITY COMMI | ESC | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| INTERNAL REVENUE SERVICE | IRS | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| NC DEPT OF REVENUE | NCREV | Special | 0.00 | 0.00 | 0.00 | Not Filed |
| CCO MORTGAGE COMPANY | 001 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| RESURGENT CAPITAL SERVICE | 002 | Unsecured | 5,483.14 | 101.38 | 0.00 | 5,381.76 |
| GMAC RESCAP, LLC | 003 | Secured | 0.00 | 0.00 | 0.00 | DirectPay |
| FIRST NATIONAL BANK OF OM | 004 | Unsecured | 2,721.96 | 50.33 | 0.00 | 2,671.63 |
| PORTFOLIO RECOVERY ASSOCI | 005 | Unsecured | 5,509.28 | 101.86 | 0.00 | 5,407.42 |
| ECAST SETTLEMENT CORP | 006 | Unsecured | 22,469.96 | 415.45 | 0.00 | 22,054.51 |
| ECAST SETTLEMENT CORP | 007 | Unsecured | 18,511.74 | 342.26 | 0.00 | 18,169.48 |
| ECAST SETTLEMENT CORP | 008 | Unsecured | 14,731.76 | 272.38 | 0.00 | 14,459.38 |
| ROUNDUP FUNDING, LLC | 009 | Unsecured | 15,835.49 | 292.78 | 0.00 | 15,542.71 |
| BECKET & LEE, LLP | 010 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CARNIVAL CRUISE LINES | 011 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| WORLD FINANCIAL NETWORK N | 012 | Unsecured | 1,396.41 | 25.82 | 0.00 | 1,370.59 |
| ECAST SETTLEMENT CORP | 013 | Unsecured | 10,315.49 | 190.72 | 0.00 | 10,124.77 |
| CHASE BANK, USA, NA | 014 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CHASE BANK USA, NA | 015 | Unsecured | 1,064.00 | 19.67 | 0.00 | 1,044.33 |
| PRA RECEIVABLES MANAGEMEN | 016 | Unsecured | 11,002.38 | 203.42 | 0.00 | 10,798.96 |
| ECAST SETTLEMENT CORP | 017 | Unsecured | 1,578.20 | 29.18 | 0.00 | 1,549.02 |
| DISCOVER | 018 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DISCOVER FINANCIAL | 019 | Unsecured | 11,259.22 | 208.17 | 0.00 | 11,051.05 |
| DISCOVER FINANCIAL | 020 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| DISCOVER FINANCIAL | 021 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| FIRST PREMIER BANK | 022 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| KOHLS | 023 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| PRA RECEIVABLES MANAGEMEN | 024 | Unsecured | 4,692.18 | 86.75 | 0.00 | 4,605.43 |
| ECAST SETTLEMENT CORP | 025 | Unsecured | 14,277.14 | 263.97 | 0.00 | 14,013.17 |
| RESURGENT CAPITAL SERVICE | 026 | Unsecured | 10,077.19 | 186.32 | 0.00 | 9,890.87 |
| ECAST SETTLEMENT CORP | 027 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| KIMBERLY A SHEEK | 028 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER CARD | 029 | Unsecured | 983.11 | 18.18 | 0.00 | 964.93 |
| FIRST EQUITY CARD | 030 | Unsecured | 5,393.65 | 99.72 | 0.00 | 5,293.93 |
| GE MONEY BANK | 031 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| RECOVERY MANAGEMENT SYSTE | 032 | Unsecured | 148.70 | 2.76 | 0.00 | 145.94 |
| ECAST SETTLEMENT CORP | 033 | Unsecured | 4,611.46 | 85.26 | 0.00 | 4,526.20 |
| PRA RECEIVABLES MANAGEMEN | 034 | Special | 0.00 | 0.00 | 0.00 | 0.00 |
| JERRY BURKE & GRETTA ANN | 999 | Refund | 81.00 | 81.00 | 0.00 | 0.00 |

# United States Bankruptcy Court
For The
Eastern District of North Carolina

JERRY BURKE & GRETTA ANN CLINGER  
322 APOLLO DRIVE  
WILMINGTON, NC 28405

Case No.: 08-04592-8-JRL  
SS #1: XXX-XX-8264  
SS #2: XXX-XX-7156

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. |
|---|---|---|---|
| This case was commenced on | 07 | 09 | 08 |
| The Plan was confirmed on | 10 | 06 | 08 |
| The Case was concluded on | 01 | 05 | 12 |

Plan Completed

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.    $ 5,931.00

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURIO | 035 | Special | 0.00 | 0.00 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 162,062.46 | 0.00 | 81.00 | 162,143.46 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 2,996.38 | 0.00 | 81.00 | 3,077.38 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,077.38 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| ANTHONY L. REGISTER | 2,350.00 | 2,350.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE EXPENSE FUND | TRUSTEE COMPENSATION FUND | OTHER COST | |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 251.81 | 251.81 | 0.00 | 503.62 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

Dated: 02/20/2012

Richard M. Stearns  
P.O. Box 2218  
Kinston, NC 28501